J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Omar Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-05-501 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING MOTIONS SCHEDULE |
| | ) | |
| OMAR WILLIAMS | ) | April 28, 2006 before |
| | ) | Judge Garcia |
| | ) | |
| Defendant, | ) | |

    Because new law enforcement reports have been received by the Defense that changes the scope of the Motion to Suppress previously filed in this case, the parties STIPULATE that the previously set Motions schedule should be vacated and the following new schedule be adopted:

Defendant's motions filed by March 17, 2006

Government reply filed by April 10, 2006

Defendant's closing brief by April 17, 2006

Evidentiary Hearing (if permitted) and Ruling on April 28, 2006 at 10:00 AM.

    The parties request the Court adopt and order this schedule. It is further stipulated that time should continue to be excluded for purposes of the Speed Trial Act under local codes T2 and T4.

1

```
Respectfully submitted,
March 2, 2006
                                              S/
                                        Anne Pings,
                                        Assistant U.S.Attorney


                                              S/
                                        J. Toney,
                                        Attorney for Defendant


                          ORDER
GOOD CAUSE APPEARING the above modified briefing schedule is
ordered.  It is further ordered that time continues to be excluded
under the Speedy Trial Act pursuant to Local Codes T2 and T4.

Dated March 3   , 2006
                                  /S/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   U.S. District Judge


Respectfully submitted,
                                              /s
                                        J. Toney
```

2