J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Omar Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-05-501 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | MODIFYING MOTIONS SCHEDULE |
| | ) | |
| OMAR WILLIAMS | ) | June 2, 2006 before Judge |
| | ) | Garcia |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

   Because additional motions will be filed by the Defendant in this matter, and because the Government has filed a motion regarding forfeiture of funds seized from the Defendant, the parties STIPULATE that the previously set Motions schedule should be vacated and the following new schedule be adopted:

Defendant's new motions filed by May 1, 2006

Reply briefs to all pending motions filed by May 15, 2006

Any closing briefs  by May 22, 2006

Evidentiary Hearing (if permitted) and Ruling on June 2, 2006 at 10:00 AM.

    The parties request the Court adopt and order this schedule. It is further stipulated that time should continue to be excluded for purposes of the Speed Trial Act under local codes T2 and T4.

1

```
 1  Respectfully submitted,
 2  April 24, 2006
 3                                              S/
 4                                       Anne Pings,
 5                                       Assistant U.S.Attorney
 6
 7                                              S/
 8                                       J. Toney,
 9                                       Attorney for Defendant
10
11                       ORDER
12  GOOD CAUSE APPEARING the above modified briefing schedule is
13  ordered.  It is further ordered that time continues to be excluded
14  under the Speedy Trial Act pursuant to Local Codes T2 and T4.
15
16  Dated April 24   , 2006
17                                  /s/ Edward J. Garcia
18                                     EDWARD J. GARCIA
19                                     U.S. District Judge
```

2