```
1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Omar Williams
6
```

FILED

MAY 26 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
                              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-05-501 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| v. | ) | ORDER MODIFYING SCHEDULE |
| | ) | |
| OMAR WILLIAMS | ) | July 21, 2006 before Judge Garcia |
| | ) | |
| Defendant, | ) | C/EJG |

The above-entitled matter is now set for hearing on June 2, 2006. The parties believe that this matter will resolve short of trial; however additional investigation is needed before such resolution is achieved. Therefore the parties request that the previous schedules be vacated and the matter be continued until July 21, 2006 which is the earliest date that counsel and the Court are all available. Pending motions will be held in abeyance until that date. If the matter does not resolve then, a new motions schedule will be offered.

The parties request the Court adopt and order this schedule. It is further stipulated that time should continue to be excluded for purposes of the Speed Trial Act under local codes T2 and T4. Respectfully submitted,

1

May 26, 2006

                                                     S/

                               Anne Pings,

                               Assistant U.S. Attorney

                                                     S/

                               J. Toney,

                               Attorney for Defendant

                        ORDER

GOOD CAUSE APPEARING the above modified schedule is ordered. It is further ordered that time continues to be excluded under the Speedy Trial Act pursuant to Local Codes T2 and T4.

Dated May 26, 2006

                                       /s/ Edward J. Garcia

                               EDWARD J. GARCIA

                               U.S. District Judge