```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Omar Williams
 6
```

**FILED**

Jun 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No. S-05-501 EJG |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER SUBSTITUTING COUNSEL |
| v. | |
| OMAR WILLIAMS | |
| Defendant, | |

The above case was assigned to Attorney J. Toney because it was believed that a conflict existed that would prevent the Federal Defender's office from representing this Defendant. Subsequent investigation has shown that no such conflict exists.

Meanwhile, Defendant Williams is dissatisfied with the representation of Mr. Toney and desires appointment of new counsel.

Because the case is not yet set for trial, Assistant U.S. Attorney Anne Pings has no objection to such a substitution.

J. Toney also agrees that the lawyer-client relationship has deteriorated to the point that a new lawyer should be assigned.

Federal Defender Dan Broderick has been consulted and will assign the case to Attorney Lexi Negin of his office if this Court authorizes it.

1

    The parties therefore stipulate that the Court relieve J. Toney and appoint Lexi Negin of the Federal Defender s office to represent Mr. Williams and request the Court so order.
    Respectfully submitted,
    June 14, 2006

                                    s/
                                    Anne Pings,
                                    Assistant U.S.Attorney


                                    s/
                                    J. Toney,
                                    Attorney for Defendant


                    ORDER
    GOOD CAUSE APPEARING the Court relieves Attorney J. Toney as counsel for Omar Williams and appoints Lexi Negin of the Federal Defender s Office as Williams attorney.

    Dated June 15, 2006

                                    EDWARD J. GARCIA
                                    U.S. District Judge

2