DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-501-EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| v. | |
| OMAR WILLIAMS | Judge: Hon. Edward J. Garcia |
| Defendant. | |

This case is currently scheduled for a status hearing on September 8, 2006. The attorneys for both parties have conferred and agree that additional time is needed for the defense to review discovery, investigate and prepare the defense

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 8, 2006, be continued until October 13, 2006. In addition, the parties stipulate that the time period from September 8, 2006, to October 13, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: September 7, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Anne Pings<br>ANNE PINGS<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for STEPHON L. WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>OMAR WILLIAMS<br><br>          Defendant.<br>_____ | No. CR-05-501-EJG<br><br>PROPOSED ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed onSeptember 7, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for September 8, 2006, be continued until Friday, October 13, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 7, 2006 stipulation, the time under the Speedy Trial Act is excluded from September 8, 2006, through October 13, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   September 7 , 2006              /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         UNITED STATES DISTRICT JUDGE

2