IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-501-EJG |
| ) | |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| OMAR WILLIAMS ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed onOctober 11, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for October 13, 2006, be continued until Friday, December 15, 2006, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 11, 2006 stipulation, the time under the Speedy Trial Act is excluded from October 13, 2006, through December 15, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 11, 2006                    /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           UNITED STATES DISTRICT JUDGE

1