DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OMAR WILLIAMS )<br>)<br>Defendant. )<br>)<br>_____ ) | No. CR-05-501-EJG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING<br><br><br><br>Judge: Hon. Edward J. Garcia |

  This case is currently scheduled for a status hearing on December 15, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for the defense to review discovery, investigate and prepare the defense and for meetings to be held toward a potential resolution of the case. The parties agree that a further continuance in this case will be productive toward resolving the case.

  The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 15, 2006, be continued until February 16, 2007.  In addition, the parties stipulate that the time period from December 15, 2007 to February 16, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

  A proposed order is attached and lodged separately for the court's convenience.

DATED: December 12, 2006

1

|    |                              |                              |
|----|------------------------------|------------------------------|
| 1  |        Respectfully submitted, |                            |
| 2  |                              |                              |
| 3  | McGREGOR W. SCOTT            | DANIEL BRODERICK             |
|    | United States Attorney       | Federal Defender             |
| 4  |                              |                              |
| 5  | /s/Anne Pings                | /s/ Lexi Negin               |
|    | ANNE PINGS                   | LEXI NEGIN                   |
| 6  | Assistant U.S. Attorney      | Assistant Federal Defender   |
|    | Attorney for United States   | Attorney for OMAR WILLIAMS   |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-05-501-EJG |
| )  Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| OMAR WILLIAMS ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on December 12, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for December 15, 2006, be continued until Friday, February 16, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 12, 2006 stipulation, the time under the Speedy Trial Act is excluded from December 15, 2006, through February 16, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   December 11, 2006             /s/ Edward J. Garcia
                                        UNITED STATES DISTRICT JUDGE

2