IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-501-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| OMAR WILLIAMS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on June 21, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for June 22, 2007, be continued until Friday, July 13, 2007, at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 21, 2007 stipulation, the time under the Speedy Trial Act is excluded from June 22, 2007, through July 16, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:   June 21, 2007                               /s/ Edward J. Garcia
                                                     EDWARD J. GARCIA
                                                     UNITED STATES DISTRICT JUDGE

1