```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN D.C. Bar # 446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   OMAR WILLIAMS
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-501-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS HEARING |
| v. ) | |
| ) | |
| OMAR WILLIAMS ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

This case is currently scheduled for a sentencing hearing on Friday, October 12, 2007. The attorneys for both parties have conferred and agree that additional time is needed for preparation for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for October 12, 2007, be continued until November 16, 2007.

A proposed order is attached and lodged separately for the court's convenience.

1  DATED: October 5, 2007

2
                    Respectfully submitted,
3
   McGREGOR W. SCOTT                         DANIEL BRODERICK
4  United States Attorney                    Federal Defender

5

6   /s/Anne Pings                             /s/ Lexi Negin
   ANNE PINGS                                LEXI NEGIN
7  Assistant U.S. Attorney                   Assistant Federal Defender
   Attorney for United States                Attorney for OMAR WILLIAMS
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR WILLIAMS<br><br>　　　　　Defendant.<br>_____ | No. CR-05-501-EJG<br><br>PROPOSED ORDER CONTINUING<br>SENTENCING HEARING |

　　　For the reasons set forth in the stipulation of the parties, filed on October 5, 2007, IT IS HEREBY ORDERED that the sentencing hearing scheduled for October 12, 2007, be continued until Friday, November 16, 2007, at 10:00 a.m.

Dated:　　October 5, 2007　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2