DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OMAR WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-501-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS HEARING |
| v. ) | |
| ) | |
| OMAR WILLIAMS ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

This case is currently scheduled for a sentencing hearing on Friday, November 16, 2007. The attorneys for both parties have conferred and agree that additional time is needed for preparation for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for November 16, 2007, be continued until January 11, 2008.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: November 19, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| /s/Anne Pings | /s/ Lexi Negin |
| ANNE PINGS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for OMAR WILLIAMS |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>OMAR WILLIAMS<br><br>        Defendant. | No. CR-05-501-EJG<br><br>PROPOSED ORDER CONTINUING<br>SENTENCING HEARING |

For the reasons set forth in the stipulation of the parties, filed on November 19, 2007, IT IS HEREBY ORDERED that the sentencing hearing scheduled for November 16, 2007, be continued until Friday, January 11, 2008, at 10:00 a.m.

Dated:  Nov. 15, 2007                                    /s/ Edward J. Garcia
                                                                            EDWARD J. GARCIA
                                                                            UNITED STATES DISTRICT JUDGE