```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
```



FILED

JAN 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-501-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER REQUIRING |
| v. | ) | REIMBURSEMENT TO THE |
| | ) | CRIMINAL JUSTICE ACT FUND |
| OMAR WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the Government's Motion for Order Requiring Reimbursement to the Criminal Justice Act Fund, the Court hereby enters the following order:

1.  The Court finds that funds, specifically, seized currency totaling $ 2,556.00, is available for payment from or on behalf of the defendant in this case.

2.  The defendant has been furnished representation in this case under the Criminal Justice Act, 18 U.S.C. § 3006A.

3.  The U.S. Marshals Service shall make direct payment in the amount of $2,556.00, plus any interest earned, to the "Clerk, Eastern District of California, to Reimburse the Defender Services Appropriation" to recoup the costs and expenses of

-1-

court-appointed counsel and/or for other services necessary for adequate representation (including transcripts, expert witness, and investigative services).

    4. Any amount of the seized funds remaining which might exceed the amount of reimbursement shall not be returned to the defendant until final resolution of all billing and payment in connection with services rendered to the defendant in this case. If there are any funds remaining at that time, the Clerk of the Court of Court shall make payment to the defendant upon further Order of the Court.

EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE