DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OMAR J. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OMAR J. WILLIAMS,<br><br>        Defendant. | No. Cr. S 05-501 EJG<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge: Honorable EDWARD J. GARCIA |

    Defendant, OMAR J. WILLIAMS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   On January 11, 2008, this Court sentenced Mr. Williams to an aggregate term of imprisonment of 150 months;

    3.   Mr. Williams' original base offense level was 32, his total

1  offense level was 31, and with a criminal history category of VI, his
2  resulting guideline range was 188 to 235 months.  Based on the
3  government's motion, he was sentenced to 150 months on count 1, for
4  possessing cocaine base with intent to distribute in violation of 21
5  U.S.C. § 841(a)(1), and 120 months on count 2 for possessing a firearm
6  as a felon in violation of 18 U.S.C. § 922(g), to be served
7  concurrently with each other for an aggregate term of 150 months;
8       4.   The sentencing range applicable to Mr. Williams was
9  subsequently lowered by the United States Sentencing Commission in
10 Amendment 750.  His new base offense level is 28, his total offense
11 level is 27, and with a criminal history category of VI, his new
12 resulting guideline range is 130 to 162 months.  A sentence at the low
13 end of the new guideline range with a departure comparable to the
14 reduction he received at the original sentencing would be 104 months;
15      5.   Given that Mr. Williams is subject to a 10-year mandatory
16 minimum, and in light of his substantial assistance, which was the
17 basis for the government's U.S.S.G. § 5K1.1 motion, the United States
18 hereby moves under 18 U.S.C. 3553(e) for the Court to sentence the
19 defendant without regard to the mandatory minimum, to a sentence of 104
20 months.
21      5.   Accordingly, the parties request the court enter the order
22 lodged herewith reducing Mr. Williams' term of imprisonment to an
23 aggregate term of 104 months on all counts, comprised of 104 months as
24 to count 1 and 104 months as to Count 2, to run concurrently for a
25 / / /
26 / / /
27 / / /
28 / / /

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

1  total term of 104 months.

2  Dated:  November , 2011

3  Respectfully submitted,

4  BENJAMIN WAGNER                    DANIEL J. BRODERICK
   United States Attorney             Federal Defender

   　/s/ *Phillip A. Talbert*            　/s/ *David M. Porter*
7  PHILLIP A. TALBERT                 DAVID M. PORTER
   First Assistant U.S. Attorney      Assistant Federal Defender

   Attorney for Plaintiff             Attorney for Movant
9  UNITED STATES OF AMERICA           OMAR J. WILLIAMS

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On January 11, 2008, this Court sentenced Mr. Williams to an aggregate term of imprisonment of 150 months.  The parties agree, and the Court finds, that Mr. Williams is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 27.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to an aggregate term of 104 months on all counts, comprised of 104 months as to Count 1 and 104 months as to Count 2, to run concurrently for a total term of 104 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Williams shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:   November 4, 2011

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE