# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>OMAR J. WILLIAMS<br><br>Date of Original Judgment: 01/22/2008<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 2:05CR05-00501 EJG<br>)<br>) USM No: 16130-097<br>)<br>) David M. Porter, Assistant Federal Defender<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  104  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**FILED**
NOV 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Except as otherwise provided, all provisions of the judgment dated  01/22/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  11/22/2011

*Judge's signature*

Effective Date:
*(if different from order date)*

EDWARD J. GARCIA, U. S. DISTRICT JUDGE
*Printed name and title*