1

DAN KOUKOL
Attorney at Law

2

State Bar No. 122526
11930 Heritage Oak Place, Suite 6

3

Auburn, California 95603
Telephone: (530) 823-5400

4

Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

5

Attorney for Defendant,

6

**OMAR WILLIAMS**

7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

UNITED STATES OF AMERICA,                    CASE NO. 2:05-CR-00501-TLN

11

        Plaintiff,

                                             STIPULATION AND ORDER

12

    vs.

                                             DATE: July 3, 2014

13

OMAR WILLIAMS,                               TIME: 9:30 AM
                                             JUDGE: Hon. Troy L. Nunley

14

        Defendant.

15

16

        It is hereby stipulated and agreed to between the United States of America through Jason

17

Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan

18

Koukol, that the Admit/Deny Hearing of July 3, 2014 be vacated and that an Admit/Deny

19

Hearing be set for August 21, 2014 at 9:30 AM.

20

        This continuance is being requested because counsel needs additional time to discuss the

21

case with the government and negotiate a plea agreement.

22

        / /

23

        / /

24

        / /

25

-1-

1    Counsel agree that the time between the signing of the requested order and August 21,

2    2014 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

3    and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

4    outweighed by the interests of justice in permitting counsel adequate time to prepare.

5

6    DATED: JULY 1, 2014                    Respectfully submitted,

7                                           /s/ DAN KOUKOL

8                                           _____
                                            DAN KOUKOL
9                                           Attorney for defendant Omar Williams

10   DATED: JULY 1, 2014                    Respectfully submitted,

11

12                                          /s/ DAN KOUKOL FOR JASON HITT

13                                          _____
                                            JASON HITT
14                                          Assistant U.S. Attorney

15         **IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter,

16   scheduled for July 3, 2014, be vacated and the matter continued to August 21, 2014 at 9:30 AM

17   for further status conference. The Court finds that time under the Speedy Trial Act shall be

18   excluded through that date in order to afford counsel reasonable time to prepare. Based on the

19   parties' representations, the Court finds that the ends of justice served by granting a continuance

20   outweigh the best interests of the public and the defendants to a speedy trial.

21

     Dated: July 3, 2014

22

23

24   _____
     Troy L. Nunley
25   United States District Judge

-2-