DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00501-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | DATE: August 21, 2014 |
| OMAR WILLIAMS, | TIME: 9:30 AM |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the Admit/Deny Hearing of August 21, 2014 be vacated and that an Admit/Deny Hearing be set for October 9, 2014 at 9:30 AM.

/ /

/ /

/ /

/ /

/ /

/ /

-1-

1        This continuance is being requested because counsel will be in a jury trial from August 5,

2   2014 through August 26, 2014 in case number 2:12-CR-00003-LKK.

3        Counsel agree that the time between the signing of the requested order and October 9,

4   2014 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)

5   and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are

6   outweighed by the interests of justice in permitting counsel adequate time to prepare.

7   DATED: AUGUST 18, 2014        Respectfully submitted,

8

9            /s/ DAN KOUKOL

10           _____
             DAN KOUKOL
             Attorney for defendant Omar Williams

11

12  DATED: AUGUST 18, 2014        Respectfully submitted,

13

14           /s/ DAN KOUKOL FOR JASON HITT
             _____

15           JASON HITT
             Assistant U.S. Attorney

16       **IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter,

17  scheduled for August 21, 2014, be vacated and the matter continued to October 9, 2014 at 9:30

18  AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in

19  order to afford counsel reasonable time to prepare. Based on the parties' representations, the

20  Court finds that the ends of justice served by granting a continuance outweigh the best interests

21  of the public and the defendants to a speedy trial.

22  Dated: August 20, 2014

23

24           _____
             Troy L. Nunley
             United States District Judge

25