DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>OMAR WILLIAMS,<br><br>    Defendant. | CASE NO. 2:05-CR-501-TLN<br><br>STIPULATION AND ORDER<br><br>DATE: January 8, 2015<br>TIME: 9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the Admit/Deny Hearing of January 8, 2015 be vacated and that an Admit/Deny Hearing be set for February 26, 2015 at 9:30 AM.

This continuance is being requested because the defendant is awaiting a revised plea offer.

/ /

/ /

/ /

/ /

-1-

1    Counsel agree that the time between the signing of the requested order and February 26,
2    2015 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)
3    and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are
4    outweighed by the interests of justice in permitting counsel adequate time to prepare.

5    DATED: JANUARY 6, 2015        Respectfully submitted,
6
7                                  /s/ DAN KOUKOL
                                   _____
8                                  Dan Koukol
                                   Attorney for defendant Omar Williams
9

10   DATED: JANUARY 6, 2015        Respectfully submitted,
11
12                                 /s/ DAN KOUKOL FOR JASON HITT
                                   _____
13                                 Jason Hitt
                                   Assistant U.S. Attorney
14

15   **IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter,
16   scheduled for January 8, 2015, be vacated and the matter continued to February 26, 2015 at 9:30
17   AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in
18   order to afford counsel reasonable time to prepare. Based on the parties' representations, the
19   Court finds that the ends of justice served by granting a continuance outweigh the best interests
20   of the public and the defendants to a speedy trial.

21
22   DATED: January 7, 2015
23                                                          _____
                                                            Troy L. Nunley
24                                                          United States District Judge
25