DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-501 TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: February 26, 2015<br>TIME: 9:30 AM |
| OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the Admit/Deny Hearing of February 26, 2015 be vacated and that an Admit/Deny Hearing be set for April 16, 2015 at 9:30 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate a revised plea agreement.

//

//

//

//

-1-

Counsel agree that the time between the signing of the requested order and April 16, 2015 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: FEBRUARY 24, 2015    Respectfully submitted,

/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Omar Williams


DATED: FEBRUARY 24, 2015    Respectfully submitted,

/s/ DAN KOUKOL FOR JASON HITT
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter, scheduled for February 26, 2015, be vacated and the matter continued to April 16, 2015 at 9:30 AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: February 24, 2015

_____
Troy L. Nunley
United States District Judge