DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**OMAR WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-501 TLN |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: September 24, 2015 <br> TIME: 9:30 AM |
| OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan Koukol, that the Admit/Deny Hearing of September 24, 2015 be vacated and that an Admit/Deny Hearing be set for December 17, 2015 at 9:30 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate a revised plea agreement.

/ /

/ /

/ /

/ /

-1-

1   Counsel agree that the time between the signing of the requested order and December 17,
2   2015 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A)
3   and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are
4   outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: SEPTEMBER 17, 2015      Respectfully submitted,


/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Omar Williams


DATED: SEPTEMBER 17, 2015      Respectfully submitted,


/s/ DAN KOUKOL FOR JASON HITT
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter, scheduled for September 24, 2015, be vacated and the matter continued to December 17, 2015 at 9:30 AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: September 17, 2015


_____
Troy L. Nunley
United States District Judge