1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **OMAR WILLIAMS**

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-501 TLN |
11 | Plaintiff, | STIPULATION AND ORDER |
12 | vs. | DATE: December 17, 2015
              TIME: 9:30 AM
13 | OMAR WILLIAMS, | JUDGE: Hon. Troy L. Nunley
14 | Defendant. |

15

16     It is hereby stipulated and agreed to between the United States of America through Jason

17 Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan

18 Koukol, that the Admit/Deny Hearing of December 17, 2015 be vacated and that an Admit/Deny

19 Hearing be set for February 25, 2016 at 9:30 AM.

20     This continuance is being requested because Defense Counsel will be in a preliminary

21 examination on a murder case in Placer County Superior Court on December 17, 2015 and the

22 parties need additional time to discuss the case with the government and negotiate a revised plea

23 agreement.

24     //

25     //

                                          -1-

Counsel agree that the time between the signing of the requested order and February 25, 2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: December 11, 2015         Respectfully submitted,

/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Omar Williams


DATED: December 11, 2015         Respectfully submitted,

/s/ DAN KOUKOL FOR JASON HITT
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter, scheduled for December 17, 2015, be vacated and the matter continued to February 25, 2016 at 9:30 AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: December 11, 2015

_____
Troy L. Nunley
United States District Judge