1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **OMAR WILLIAMS**

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,      | CASE NO. 2:05-CR-501 TLN        |
   |---|---|
11 |     Plaintiff, | STIPULATION AND ORDER       |
12 |   vs.                | DATE: February 25, 2016<br>TIME: 9:30 AM |
13 | OMAR WILLIAMS,                 | JUDGE: Hon. Troy L. Nunley      |
14 |     Defendant. |                             |

15

16   It is hereby stipulated and agreed to between the United States of America through Jason

17 Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan

18 Koukol, that the Admit/Deny Hearing of February 25, 2016 be vacated and that an Admit/Deny

19 Hearing be set for May 5, 2016 at 9:30 AM.

20   This continuance is being requested because the parties need additional time to discuss

21 the case and negotiate a revised plea agreement.

22   //

23   //

24   //

25   //

-1-

Counsel agree that the time between the signing of the requested order and May 5, 2016 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: FEBRUARY 22, 2016      Respectfully submitted,

/s/ DAN KOUKOL
_____
Dan Koukol
Attorney for defendant Omar Williams

DATED: FEBRUARY 22, 2016      Respectfully submitted,

/s/ DAN KOUKOL FOR JASON HITT
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter, scheduled for February 25, 2016, be vacated and the matter continued to May 5, 2016 at 9:30 AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: February 22, 2016

_____
Troy L. Nunley
United States District Judge