1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **OMAR WILLIAMS**

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,      | CASE NO. 2:05-CR-501 TLN
11 |      Plaintiff,                | STIPULATION AND ORDER
12 |   vs.                          | DATE: May 5, 2016
   |                                | TIME: 9:30 AM
13 | OMAR WILLIAMS,                 | JUDGE: Hon. Troy L. Nunley
14 |      Defendant.                |

15

16     It is hereby stipulated and agreed to between the United States of America through Jason

17 Hitt, Assistant U.S. Attorney, and defendant Omar Williams, by and through his attorney, Dan

18 Koukol, that the Admit/Deny Hearing of May 5, 2016 be vacated and that an Admit/Deny

19 Hearing be set for June 23, 2016 at 9:30 AM.

20     This continuance is being requested because the parties need additional time to discuss

21 the case and negotiate a revised plea agreement.

22     //

23     //

24     //

25     //

-1-

1    Counsel agree that the time between the signing of the requested order and June 23, 2016
2    will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
3    (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed
4    by the interests of justice in permitting counsel adequate time to prepare.

DATED: APRIL 29, 2016          Respectfully submitted,


                                /s/ DAN KOUKOL
                                _____
                                DAN KOUKOL
                                Attorney for defendant Omar Williams


DATED: APRIL 29, 2016          Respectfully submitted,


                                /s/ DAN KOUKOL FOR JASON HITT
                                _____
                                JASON HITT
                                Assistant U.S. Attorney


**IT IS SO ORDERED,** that the Admit/Deny Hearing in the above-entitled matter, scheduled for May 5, 2016, be vacated and the matter continued to June 23, 2016 at 9:30 AM. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED: May 2, 2016

                                _____
                                Troy L. Nunley
                                United States District Judge