Kristy M. Kellogg, SBN 119203
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Attorney for Omar Williams

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

OMAR WILLIAMS,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:13-cr-00383-TLN; and
       2:05-cr-00501-TLN

STIPULATION AND ORDER FOR
CONTINUANCE OF STATUS
CONFERENCE

Date:   May 18, 2017
Time:  9:30 a.m.
Judge:  Troy L. Nunley

     The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Omar Williams, Kristy Kellogg, hereby stipulate the following:

     1.  By previous order, this matter was set for Status Conference on April 27, 2017.

     2.  By this stipulation, defendant now moves to continue the Status Conference to May 18, 2017, at 9:30 a.m. and to exclude time between April 27, 2017, and May 18, 2017, under Local Code T-4 (to allow defense counsel time to prepare).

     3.  The parties agree and stipulate, and request the Court find the following:

     a.     A continuance is requested because defense counsel needs additional time to discuss a potential resolution.

     b.  Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 27, 2017, to May 18, 2017, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2017          /s/Kristy Kellogg
                                          KRISTY KELLOGG
                                          Attorney for Defendant
                                          Omar Williams

Dated: April 25, 2017          PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ Jason Hitt
                                          JASON HITT
                                          Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 25th day of April, 2017.

_____
Troy L. Nunley
United States District Judge