Kristy M. Kellogg, SBN 119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Tel: (916)442-4022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR WILLIAMS,<br><br>Defendant. | Case No.: 2:13-cr-00383-TLN; and<br>2:05-cr-00501-TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: January 11, 2018<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Omar Williams, Kristy Kellogg, hereby stipulate the following:

1. By previous order, this matter was set for Judgment and Sentencing on January 11, 2018.

2. By this stipulation, the parties now move to continue the Judgment and Sentencing to March 1, 2018, at 9:30 a.m.

3. The continuance is requested because the parties need additional time to prepare for sentencing. The AUSA is currently preparing for a trial and has requested to continue the matter.

**IT IS SO STIPULATED.**

1

Dated: January 8, 2018					/s/Kristy Kellogg
							KRISTY KELLOGG
							Attorney for Defendant
							Omar Williams


Dated: January 8, 2018					McGREGOR SCOTT
							United States Attorney

							/s/ Jason Hitt
							JASON HITT
							Assistant United States Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. IT IS SO FOUND AND ORDERED this 8th day of January, 2018.

							_____
							Troy L. Nunley
							United States District Judge